Robert F. URBANO, Appellant,

v.

STATE OF NEW JERSEY.

No. 14823.

United States Court of Appeals
Third Circuit.

Submitted June 3, 1964.

Decided June 22, 1964.

Robert F. Urbano, pro se.

Arthur J. Sills and Eugene T. Urbaniak, Trenton, N. J., for appellee.

Before BIGGS, Chief Judge, and HASTIE and GANEY, Circuit Judges.

PER CURIAM.

The court below did not err in granting the State's motion to dismiss the proceeding brought by the plaintiff-appellant, Urbano. The order of the court below will be affirmed, D.C., 225 F.Supp. 798.

Howard ROTHACKER, Appellant,

v.

Walter E. BLACK, Jr., Trustee, Appellee.
In the Matter of FIRST CAPITOL SAVINGS AND LOAN ASSOCIATION,
Inc., Bankrupt, Appellee.

No. 9384.

United States Court of Appeals
Fourth Circuit.

Argued June 16, 1964.

Decided June 23, 1964.

George I. Puhak, Hazleton, Pa. (Fred E. Weisgal, Baltimore, Md., on brief), for appellant.

Theodore C. Waters, Jr., Baltimore, Md. (Benjamin C. Howard, Baltimore, Md., on brief), for appellee.

Before BRYAN and BELL, Circuit Judges, and HEMPHILL, District Judge.

PER CURIAM.

For the reasons set forth in the opinion of the District Judge, we affirm the judgment of the Court now on appeal here, 224 F.Supp. 541.

Affirmed.